FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARRIE HARRISON,

        Plaintiff,

v.                                              CASE NO: 3.12 -cv-840-5-25JRK

GE CAPITAL RETAIL BANK;
and MONARCH RECOVERY
MANAGEMENT, INC.,

        Defendants.

_____/

## NOTICE OF REMOVAL

COME NOW the Defendant, Monarch Recovery Management, Inc., (hereinafter

"Monarch"), pursuant to 28 U.S.C. § 1331, 1441 and §1446, files this Notice of Removal

of the lawsuit entitled: CARRIE HARRISON vs. GE CAPITAL RETAIL BANK and

MONARCH RECOVERY MANAGEMENT, INC., pending in the Circuit Court of the

Fourth Judicial Circuit in and for Duval County, Florida, Case No. 2012-CA-006309,

Division CV-F, (hereinafter "the State Court Action").   As grounds for removal,

Defendant states as follows:

### I.  STATEMENT OF THE CASE

1.      June 12, 2012, Plaintiff, Carrie Harrison, filed her State Court Action.

2.      Monarch was served with the summons and Complaint on June 28, 2012.

A copy of the Circuit Court Docket Sheet, Summons and Complaint served on Monarch,

as well as Monarch's Notice of Appearance and Answer and Affirmative Defenses are

attached hereto as Exhibit "A."  A true and correct copy of the all other papers on file in

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |
|---|---|---|---|
| 100 S.E. Second Street<br>36th Floor I Miami I Florida 33131<br>Phone: 786-425-1045 I Fax: 786-425-3905 | 1600 W. Commercial Blvd. I Suite 201<br>P.O. Box 14546 I Ft. Lauderdale I Florida 33302<br>Phone: 954-848-2460 I Fax: 954-848-2470 | 400 N. Ashley Drive<br>Suite 1150 I Tampa I Florida 33602<br>Phone: 813-223-6021 I Fax: 813-223-6024 | 824 U.S. Highway One<br>Suite 305 I North Palm Beach I Florida 33408<br>Phone: 561-624-8233 I Fax: 561-624-8940 |

www.boydlawgroup.com

the State Court Action, have been ordered and will be filed with the Court immediately upon receipt.

3.     Upon information and belief Co-Defendant, G.E. Capital Retail Bank has not been served and on further information and belief G.E. Capital Retail Bank would consent to removal.

4.     The Complaint purports to assert four causes of action including: (I & II) violation of Florida's Consumer Collection Practices Act; (III) violation of 42 U.S.C. § 227(b)(1)(A)(iii); and (IV) injunctive relief.

## II. GROUNDS FOR REMOVAL

### a. Removal is Timely

5.     This Notice of Removal is being filed with this Court within thirty days from Defendant's initial receipt of the Complaint in accordance with 28 U.S.C. § 1446(b).

### b. Federal Question and Supplemental Jurisdiction Exists

6.     Under 28 U.S.C. § 1331, the United States District Court "shall have original jurisdiction of all civil actions arising under the constructions, laws, or treaties of the United States."

7.     Removal of this matter is based on the U.S. Supreme Court's decision in *Mims v. Arrow Financial Services, L.L.C.,* 132 S. Ct. 740 (2012), issued on January 18, 2012. *Mims* established that federal question jurisdiction under 28 U.S.C. § 1331 exists for private claims brought for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") ("We now hold that Congress did not deprive federal courts of federal question jurisdiction over private TCPA claims.").

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |

100 S.E. Second Street
36th Floor | Miami | Florida 33131
Phone: 786-425-1045 | Fax: 786-425-3905

1600 W. Commercial Blvd. | Suite 201
P.O. Box 14546 | Ft. Lauderdale | Florida 33302
Phone: 954-848-2460 | Fax: 954-848-2470

400 N. Ashley Drive
Suite 1150 | Tampa | Florida 33602
Phone: 813-223-6021 | Fax: 813-223-6024

824 U.S. Highway One
Suite 305 | North Palm Beach | Florida 33408
Phone: 561-624-8233 | Fax: 561-624-8940

www.boydlawgroup.com

8.     The controversy herein between Plaintiff and the Defendants is a controversy that includes Count III which is based upon consumer protection rights created by and enforced through federal statues.  Plaintiff has brought a private claim alleging a violation of the TCPA by the Defendants.

9.     Supplemental jurisdiction over Plaintiff's state law claims (FCCPA) exists because they are also premised on Defendants alleged communications with Plaintiff and, therefore, form part of the same case or controversy within the meaning of 28 U.S.C. 1367(a).

10.     The State Court Action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Monarch pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

11.     The undersigned has served written notice of the removal of this action on the Plaintiff by serving his counsel with this Notice of Removal, and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court in and for Duval County, Florida.

12.     This Notice of Removal is signed by Defendant's counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

13.     Monarch designates Jacksonville, Florida as the place of trial.

WHEREFORE, Defendant prays that the above-entitled action be removed from the Circuit Court in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, for all further proceedings.

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |
|---|---|---|---|
| 100 S.E. Second Street | 1600 W. Commercial Blvd. I Suite 201 | 400 N. Ashley Drive | 824 U.S. Highway One |
| 36th Floor I Miami I Florida 33131 | P.O. Box 14546 I Ft. Lauderdale I Florida 33302 | Suite 1150 I Tampa I Florida 33602 | Suite 305 I North Palm Beach I Florida 33408 |
| Phone: 786-425-1045 I Fax: 786-425-3905 | Phone: 954-848-2460 I Fax: 954-848-2470 | Phone: 813-223-6021 I Fax: 813-223-6024 | Phone: 561-624-8233 I Fax: 561-624-8940 |

www.boydlawgroup.com

DATED this 23 day of July, 2012.

## CERTIFICATE OF SERVICE

I hereby certify that on the above-indicated date, I mailed a copy of the foregoing document to the Clerk of the Court.  I also certify that the foregoing document is being mailed this day on all counsel of record or pro se parties identified below  via U.S. Mail.

Respectfully submitted,

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**
*Counsel for Defendant Monarch Recovery*
400 N. Ashley Drive, Suite 1150
Tampa, FL 33602
Tel: 813-223-6021; Fax: 813-223-6024

By: _____
**W. Todd Boyd** -  Florida Bar No. 770558
tboyd@boydlawgroup.com
**Joseph G. Riopelle**  -  Florida Bar No. 44842
jriopelle@boydlawgroup.com

Wendell D. Finner, Esq.
Attorney for Plaintiff
Wendell Finner, P.A.
340 Third Avenue South, Suite A
Jacksonville, Florida  32250-6767
wendell@1ccl.com

---

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |
| --- | --- | --- | --- |
| 100 S.E. Second Street | 1600 W. Commercial Blvd. I Suite 201 | 400 N. Ashley Drive | 824 U.S. Highway One |
| 36th Floor I Miami I Florida 33131 | P.O. Box 14546 I Ft. Lauderdale I Florida 33302 | Suite 1150 I Tampa I Florida 33602 | Suite 305 I North Palm Beach I Florida 33408 |
| Phone: 786-425-1045 I Fax: 786-425-3905 | Phone: 954-848-2460 I Fax: 954-848-2470 | Phone: 813-223-6021 I Fax: 813-223-6024 | Phone: 561-624-8233 I Fax: 561-624-8940 |

www.boydlawgroup.com