| CARRIE HARRISON 16-2012-CA-006309-XXXX-MA |
| --- |

**Division:** CV-F
**Clerk File Date:** 06/13/2012

**Fee's / Fines:** $0.00

## Party(s)

| Full Name | Party Type | Sex | Race | DOB | License # | Address |
| --- | --- | --- | --- | --- | --- | --- |
| HARRISON, CARRIE | PLAINTIFF | | | | XXXX-XXX-XX-XXX-X | XXXXX |
| GE CAPITAL RETAIL BANK, | DEFENDANT | BUSINESS | | | XXXX-XXX-XX-XXX-X | XXXXX |
| Monarch Recovery Management, Inc, | DEFENDANT | | | | XXXX-XXX-XX-XXX-X | XXXXX |

## Case Fee(s)

| Effective Date | Description | Amount | Paid | Balance | In Collections |
| --- | --- | --- | --- | --- | --- |
| 06/13/2012 | CIR/GENERALCIVIL 6/1/2011 | $421.00 | $421.00 | $0.00 | |

## Court Event(s)

| No Court Events |
| --- |

## Docket(s)

| Image | Effective Date | Count | Description |
| --- | --- | --- | --- |
| | 6/12/2012 | | COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES -DEMAND FOR JURY TRIAL |
| | 6/12/2012 | | COVER SHEET |
| | 6/13/2012 | | CIVIL COMPLAINT - NOT OTHERWISE CODED |
| | 6/13/2012 | | CASE FEES PAID: $421.00 ON RECEIPT NUMBER 1593291 |
| | 6/13/2012 | | SUMMONS ISSUED / GE CAPITAL RETAIL BANK C/O FLORIDA SECRETARY OF STATE |
| | 6/13/2012 | | SUMMONS ISSUED / MONARCH RECOVERY MANAGEMENT |
| | 7/3/2012 | | SUMMONS RETURNED INDICATING SERVICE / MONARCH RECOVERY 06/28/2012 |
| | 7/19/2012 | | NOTICE OF SERVICE OF INTERROGATORIES |
| | 7/19/2012 | | REQUEST TO PRODUCE TO MONARCH RECOVERY MANAGEMENT |



EXHIBIT
A

*CM* *1882*   *HARRISON, CARRIE*   *23406897*

 **CT Corporation**

**Service of Process Transmittal**
06/28/2012
CT Log Number 520772637

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**TO:**      Pat McSorley, Licensing Coordinator
Monarch Recovery Management, Inc.
10965 Decatur Road
Philadelphia, PA 19154-

**RE:**      **Process Served in Florida**

**FOR:**     Monarch Recovery Management, Inc. (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Carrie Harrison, Pltf. vs. GE Capital Retail Bank and Monarch Recovery Management, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Duval County Circuit Court, FL<br>Case # 2012CA6309 |
| **NATURE OF ACTION:** | Violations of the Florida Consumer Collection Practices Act - Arising from the Plaintiff's failure to disclose the purpose of the communication, by contacting Plaintiff with such frequency as can reasonably be expected to harass - Seeking injunctive relief |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/28/2012 at 14:00 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Ryan G. Moore<br>Wendell Finner, P.A.<br>340 Third Avenue<br>Suite A<br>Jacksonville Beach, FL 32250-6767<br>904-242-7070 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 798567488468 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / JD

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal
opinion as to the nature of action, the amount of damages, the
answer date, or any information contained in the documents
themselves. Recipient is responsible for interpreting said
documents and for taking appropriate action. Signatures on
certified mail receipts confirm receipt of package only, not
contents.

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CARRIE HARRISON

     Plaintiff,                     Case No.:
                                    Division:

vs.
                                    *2012·CA·6309*

GE CAPITAL RETAIL BANK,
170 West Election Road, Suite 125                                      *CVF*
Draper, Utah 84020
County of Salt Lake
     Serve On:
     Florida Secretary of State *per Fla. Stat. § 48.181*
     P.O. Box 6327
     Tallahassee, FL 32314

and

MONARCH RECOVERY MANAGEMENT, INC.,        DATE: *6-28-12*     TIME: *2:00*
     Serve On:
     C T Corporation System
     1200 South Pine Island Road
     Plantation, FL 33324 US                 ERIC DEAL          S.P.S.  #336

     Defendants.
_____/

<u>SUMMONS</u>

*IMPORTANT*

    A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

                        Wendell Finner, attorney for Plaintiff
                        340 Third Avenue South, Suite A

Jacksonville Beach, Florida  32250
(904) 242-7070

THE STATE OF FLORIDA:  To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on June ___, 2012          CLERK OF THE CIRCUIT COURT
                                 Jim Fuller, Clerk of Court

                                 MARY CARTER
                                 DEPUTY CLERK
                                 As Deputy Clerk

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

*IMPORTANT*

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

IN THE FOURTH JUDICIAL CIRCUIT COURT, IN AND
FOR DUVAL COUNTY, FLORIDA  CIVIL DIVISION

CARRIE HARRISON,

     Plaintiff,

v.

GE CAPITAL RETAIL BANK;
and MONARCH RECOVERY
MANAGEMENT, INC.,

     Defendants.
_____/

CASE NO: 2012-CA-006309
DIVISION: CV-F

3.12-CV-840-J-25JRK

## DEFENDANT MONARCH RECOVERY MANAGEMENT, INC.'S
## ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant Monarch Recovery Management, Inc. (hereinafter referred to as
"Monarch") hereby answers the Complaint for Injunctive Relief And Damages filed by
the Plaintiff as follows[1]:

    1.    Denied.

### JURISDICTION AND VENUE

    2.    Denied.

### PARTIES

    3.    Monarch is without knowledge regarding the allegations in this paragraph
of the Complaint.

    4.    Monarch is without knowledge regarding the allegations in this paragraph
of the Complaint.

    5.    Admitted.

    6.    Admitted.

### BACKGROUND

---

[1] The paragraph numbering here corresponds to the paragraph numbering in the complaint.

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |

100 S.E. Second Street
36th Floor | Miami | Florida 33131
Phone: 786-425-1045 | Fax: 786-425-3905

1600 W. Commercial Blvd. | Suite 201
P.O. Box 14546 | Ft. Lauderdale | Florida 33302
Phone: 954-848-2461 | Fax: 954-848-2470

400 N. Ashley Drive
Suite 1150 | Tampa | Florida 33602
Phone: 813-223-6021 | Fax: 813-223-6024

824 U.S. Highway One
Suite 305 | North Palm Beach | Florida 33408
Phone: 561-624-8233 | Fax: 561-624-8940

www.boydlawgroup.com

7.      Admitted.

8.      Monarch is without knowledge regarding the allegations in this paragraph of the Complaint.

9.      Monarch is without knowledge regarding the allegations in this paragraph of the Complaint.

10.     Exhibits A and B speak for themselves, otherwise denied.

11.     Denied.

12.     Monarch is without knowledge regarding the allegations in this paragraph of the Complaint.

13.     Monarch is without knowledge regarding the allegations in this paragraph of the Complaint.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Monarch admits that GE Capital assigned to Monarch the debt, but denies the remaining allegations in this paragraph of the Complaint.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Monarch is without knowledge regarding the allegations in this paragraph of the Complaint.

22.     Monarch is without knowledge regarding the allegations in this paragraph of the Complaint.

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |
|---|---|---|---|
| 100 S.E. Second Street<br>36th Floor I Miami I Florida 33131<br>Phone: 786-425-1045 I Fax: 786-425-3905 | 1600 W. Commercial Blvd. I Suite 201<br>P.O. Box 14546 I Ft. Lauderdale I Florida 33302<br>Phone: 954-848-2460 I Fax: 954-848-2470 | 400 N. Ashley Drive<br>Suite 1150 I Tampa I Florida 33602<br>Phone: 813-223-6021 I Fax: 813-223-6024 | 824 U.S. Highway One<br>Suite 305 I North Palm Beach I Florida 33408<br>Phone: 561-624-8233 I Fax: 561-624-8940 |

www.boydlawgroup.com

23.    Exhibits C and D speak for themselves, otherwise denied.

24.    Denied.

25.    Denied.

26.    Denied.

27.    Monarch is without knowledge regarding the allegations in this paragraph of the Complaint.

28.    Denied

## COUNT I – FLORIDA CONSUMER COLLECTION PRACTICES ACT VIOLATIONS BY GE CAPITAL

29.    These allegations are directed to other defendants and, therefore, no response is required from Monarch. To the extent any of these allegations are directed or deemed applicable to Monarch, they are denied.

30.    These allegations are directed to other defendants and, therefore, no response is required from Monarch. To the extent any of these allegations are directed or deemed applicable to Monarch, they are denied.

31.    These allegations are directed to other defendants and, therefore, no response is required from Monarch. To the extent any of these allegations are directed or deemed applicable to Monarch, they are denied.

32.    These allegations are directed to other defendants and, therefore, no response is required from Monarch. To the extent any of these allegations are directed or deemed applicable to Monarch, they are denied.

## COUNT II – FLORIDA CONSUMER COLLECTION PRACTICES ACT VIOLATIONS BY MONARCH

MIAMI          |          FT. LAUDERDALE          |          TAMPA          |          WEST PALM BEACH

100 S.E. Second Street          1600 W. Commercial Blvd. | Suite 201          400 N. Ashley Drive          824 U.S. Highway One
36th Floor | Miami | Florida  33131          P.O. Box 14546 | Ft. Lauderdale | Florida  33302          Suite 1150 | Tampa | Florida  33602          Suite 305 | North Palm Beach | Florida  33408
Phone: 786-425-1045 | Fax: 786-425-3905          Phone: 954-848-2460 | Fax: 954-848-2470          Phone: 813-223-6021 | Fax: 813-223-6024          Phone: 561-624-8233 | Fax: 561-624-8940
www.handlergroup.com

33.   Monarch adopts and re-alleges its answers to paragraphs 6, 7, 10, 11, 14, 15, 16, 17, 18, 19, 20, 23, and 28 as if fully set forth herein.

34.   Denied.

35.   Denied.

## COUNT III – UNLAWFUL USE OF
## TELEPHONE EQUIPMENT BY DEFENDANTS

36.   Monarch adopts and re-alleges its answers to paragraphs 7, 9, 10, 11, 14, 15, 16, 17, 20, 21, 22, 24, 25, 26, and 27 as if fully set forth herein.

37.   Denied.

## COUNT IV – INJUNCTIVE RELIEF

38.   Monarch adopts and re-alleges its answers to paragraphs 8, 9, 10, 11, 13, 14, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, & 28 as if fully set forth herein.

39.   Denied.

40.   All allegations in the Complaint that are not specifically admitted herein are denied.


## <u>AFFIRMATIVE DEFENSES</u>

1.   To the extent Monarch's conduct is found to violate the Florida Consumer Collection Practices Act, Monarch is protected from liability under the "Bona Fide Error" doctrine because its actions or inactions, were not intentional and resulted from a bona fide error despite the maintenance of procedures reasonably adopted to avoid any such error. (Fla. Stat. § 559.77(3).)

2.   Plaintiff's damages, if any, must be reduced because of her failure to mitigate.

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |

| 100 S.E. Second Street<br>36th Floor \| Miami \| Florida 33131<br>Phone: 786-425-1045 \| Fax: 786-425-3905 | 1600 W. Commercial Blvd. \| Suite 201<br>P.O. Box 14546 \| Ft. Lauderdale \| Florida 33302<br>Phone: 954-848-2460 \| Fax: 954-848-2470 | 400 N. Ashley Drive<br>Suite 1150 \| Tampa \| Florida 33602<br>Phone: 813-223-6021 \| Fax: 813-223-6024 | 824 U.S. Highway One<br>Suite 305 \| North Palm Beach \| Florida 33408<br>Phone: 561-624-8233 \| Fax: 561-624-8940 |

www.boydlawgroup.com

3.      Plaintiff's claims are barred by the doctrine of unclean hands.  Notably absent from the Complaint is an allegation that Plaintiff ever informed Monarch that it was represented by counsel.  Plaintiff asserts that Monarch called at least 32 times and sent two letters to her, but not once did Plaintiff inform Monarch that she was represented by counsel or that she disputed the debt.  It is not as if Plaintiff wasn't aware of this right and requirement as she clearly had notified G.E. Capital of her representation of counsel in October of 2011 (exhibit "A" and "B" to the Complaint).   Plaintiff did not inform Monarch of this very important fact for a specific reason, the more calls she received the greater chance of statutory damages she had as the TCPA provides damages on a per call basis.  Not surprisingly, the attorney for Plaintiff's website gives directions to potential clients as follows: (1) Call First Coast Consumer Law Today at 904-242-7070; (2) Keep a Log of Calls From Collectors; (3) Stop the Harassing Phone Calls.  While Monarch denies it violated any federal or state statutes related to the collection of Plaintiff's debt, it is clear that plaintiff could eventually benefit but failing to notify Monarch of her representation of counsel and her dispute of debt.  For this reason, Plaintiff's claims must be barred because of her unclean hands.

4.      Plaintiff may only bring such actions, demand such remedies, complain of the breach of such duties, impose such obligations, or seek such damages and fees as recoverable under and authorized by the statutes recited herein.

5.      Plaintiff has failed to plead facts to support a prima facie case of a violation of the FCCPA or TCPA against Monarch.   Monarch properly sent correspondence to Plaintiff informing her of their assignment of the collection of her debt and gave her 30 days to object to same.  Plaintiff never informed Monarch that she

| MIAMI | | FT. LAUDERDALE | | TAMPA | | WEST PALM BEACH |
|---|---|---|---|---|---|---|

100 S.E. Second Street
36th Floor | Miami | Florida 33131
Phone: 786-425-1045 | Fax: 786-425-3905

1600 W. Commercial Blvd. | Suite 201
P.O. Box 145461 | Ft. Lauderdale | Florida 33302
Phone: 954-848-2460 | Fax: 954-848-2470

400 N. Ashley Drive
Suite 1150 | Tampa | Florida 33602
Phone: 813-223-6021 | Fax: 813-223-6024

824 U.S. Highway One
Suite 305 | North Palm Beach | Florida 33408
Phone: 561-624-8233 | Fax: 561-624-8940

www.boydlawgroup.com

disputed the debt or was represented by counsel.  Plaintiff also has not and cannot plead

facts to demonstrate that Monarch "knew" it did not allegedly have a legal right to collect

the debt.  Lastly, Plaintiff consented to the use of her cell-phone for contact related to her

G.E. Capital Retail account in her application for the credit card.  There is no violation of

the TCPA when the debtor has consented to the use of the cell-phone or if there is a prior

business relationship with the debtor.  For these reasons, Plaintiff's claims should be

dismissed.

      6.     Monarch reserves the right to amend or supplement these Affirmative

Defenses pending further investigation.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing has been furnished by

U.S. Mail this 18th day of July, 2012 to:  **Wendell Finner, Esq.,** 340 Third Avenue

South, Suite A, Jacksonville, Florida  32250-6767.

           Respectfully submitted,

           **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
           *Counsel for Defendant Monarch Recovery*
           400 N. Ashley Drive, Suite 1150
           Tampa, FL 33602
           Tel: 813-223-6021; Fax: 813-223-6024

By: _____
      **W. Todd Boyd -** Florida Bar No. 770558
      tboyd@boydlawgroup.com
      **Joseph G. Riopelle  -** Florida Bar No. 44842
      jriopelle@boydlawgroup.com

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** |
|---|---|---|---|
| 100 S.E. Second Street<br>36th Floor \| Miami \| Florida  33131<br>Phone: 786-425-1045 \| Fax: 786-425-3905 | 1600 W. Commercial Blvd. \| Suite 201<br>P.O. Box 14546 \| Ft. Lauderdale \| Florida  33302<br>Phone: 954-848-2460 \| Fax: 954-848-2470 | 400 N. Ashley Drive<br>Suite 1150 \| Tampa \| Florida  33602<br>Phone: 813-223-6021 \| Fax: 813-223-6024 | 824 U.S. Highway One<br>Suite 305 \| North Palm Beach \| Florida  33408<br>Phone: 561-624-8233 \| Fax: 561-624-8940 |

www.boydlawgroup.com

TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/18/2011 16:01
NAME    :
FAX     : 9842427654
TEL     :
SER.#   : D0M191297
```

```
DATE, TIME        10/18  16:00
FAX NO./NAME      18664281312
DURATION          00:00:49
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```



# FIRST COAST CONSUMER LAW

340 Third Avenue South, Suite A            Phone: (904) 242-7070
Jacksonville Beach, Florida  32250-6767    Fax:    (904) 242-7054

Wendell Finner (FL, MD, VA, DC)
Ryan G. Moore (FL)

18 October 2011

CREDITOR/AGENCY NAME:  GE MONEY BANK   | Sent to Fax Number:  1-866-420-1312

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET):  2

OUR CLIENT: CARRIE HARRISON        | Account No: 6034 6226 1100 4993

DOCUMENT:    Signed Notice of Representation Follows

COMMENTS:    The person who signed the attached notice is represented by the lawyers of this office with respect to all accounts owned or serviced by your firm. Our client's social security number is provided on the notice for your convenience in identifying all applicable accounts and should not be disclosed to any other party without the client's consent. This notice is effective until revoked.

Do not contact our client. Do not give our client's information to anybody else so that the recipient will contact our client instead of this office. If you authorize or instruct any other person to contact our client, or sell or give our client's contact information to anyone else, please tell us who that is or give that party this document.  Any prior permission to contact the client's cellular, home or business phone is revoked. Our client disputes your claimed debt. You are specifically advised that the claimed balance of the referenced account contains fees and charges never assented to by our client. Please be governed accordingly.

Exhibit A

```
┌─────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘
                          TIME   :  10/18/2011 16:17
                          NAME   :
                          FAX    :  9842427654
                          TEL    :
                          SER.#  :  DSN191287
```

```
┌──────────────────────────────────────────────────────────┐
│  DATE, TIME          10/18  16:16                          │
│  FAX NO./NAME        16369471565                           │
│  DURATION            00:00:51                              │
│  PAGE(S)             02                                    │
│  RESULT              OK                                    │
│  MODE                STANDARD                              │
└──────────────────────────────────────────────────────────┘
```



# FIRST COAST CONSUMER LAW

340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767

Phone: (904) 242-7070
Fax    (904) 242-7054

Wendell Finner (FL, MD, VA, DC)
Ryan G. Moore (FL)

18 October 2011

| CREDITOR/AGENCY NAME:  CLIENT SERVICES, INC: | Sent to Fax Number:  1-636-947-1565 |
|---|---|

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET):  2

| OUR CLIENT: CARRIE HARRISON | Account No: 013794596 |
|---|---|

DOCUMENT:   Signed Notice of Representation Follows

COMMENTS:   The person who signed the attached notice is represented by the lawyers of this office with respect to all accounts owned or serviced by your firm. Our client's social security number is provided on the notice for your convenience in identifying all applicable accounts and should not be disclosed to any other party without the client's consent. This notice is effective until revoked.

Do not contact our client. Do not give our client's information to anybody else so that the recipient will contact our client instead of this office. If you authorize or instruct any other person to contact our client, or sell or give our client's contact information to anyone else, please tell us who that is or give that party this document. Any prior permission to contact the client's cellular, home or business phone is revoked. Our client disputes your claimed debt. You are specifically advised that the claimed balance of the referenced account contains fees and charges never assented to by our client. Please be governed accordingly.

## Exhibit B

The information contained in this transmission is confidential

**MONARCH**
Recovery Management, Inc.

10995 Decatur Road
Philadelphia  PA  19154-3210
RETURN SERVICE REQUESTED

December 22, 2011

| | |
|---|---|
| Account #: | ████████699989 |
| Monarch File #: | 23406897 |
| Total Balance as of 22 DEC 2011: | $1125.29 |

23406897-1   698501528
CARRIE HARRISON
4547 Greasey Cay Ln
Jacksonville FL 32224-1819

Make Check Payable to: Monarch Recovery

MONARCH RECOVERY MANAGEMENT, INC,
P.O. BOX 21089
PHILADELPHIA PA 19114-0589

Pay Online: Easy & Secure www.acswebpay.com (transaction fees apply).

* Detach and Return Top Portion to Expedite Your Account *

### ACCOUNT INFORMATION

| | | | |
|---|---|---|---|
| Date of letter: | December 22, 2011 | Creditor: | GE CAPITAL RETAIL BANK |
| Account #: | ████████699989 | Additional Information: | SAM'S CLUB |
| Monarch File #: | 23406897 | | GE CAPITAL RETAIL BANK |
| Total Balance as of 22 DEC 2011: | $1125.29 | | |

This is to advise you that your account has been transferred to our office for collection by GE CAPITAL RETAIL BANK .

As of the date of this letter, you owe $1125.29. The amount due on the day you pay may be greater as interest, late fees, and other charges may be added by the creditor. Hence, if you pay the total balance due shown above, an adjustment may be necessary after we receive your payment. You may call us at 1-800-220-0605 at any time to check your outstanding balance.

If after settlement, the discharge of indebtedness is greater than $599.99, our client may be required by Federal Law (IRS 6050P) to report this amount and send you a form 1099-C.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. If you pay us by check or check by phone, your transaction will be converted to an ACH. Additionally, the check writer authorizes Monarch or its agent to re-present the check electronically if the check is returned for insufficient or uncollected funds. A returned check charge of $3.00 may be added to your account if such check is ultimately returned as unpaid.

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there will not be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to our Compliance Center at 10995 Decatur Road, Philadelphia, PA 19154, email us at compliance@monarchm.com, or call us toll-free at 1-800-220-0605 ext. 2261, between 9:00 A.M. Eastern Time and 5:00 P.M. Eastern Time Monday-Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave. NW, Washington, DC 20580.

Yours truly

**SAM MALLORY, DEBT COLLECTOR EXT 2432**

Exhibit C

**MONARCH**
Recovery Management, Inc.

10985 Decatur Road
Philadelphia PA 19154-3210
RETURN SERVICE REQUESTED

| | |
|---|---|
| Account #: | ********969989 |
| Monarch File #: | 23405897 |
| Total Balance as of 21 FEB 2012: | $1125.29 |

February 21, 2012

Make Check Payable to: Monarch Recovery

23405897-965    734464434
[barcode]
CARRIE HARRISON
4547 Grassey Cay Ln
Jacksonville FL 32224-1918

MONARCH RECOVERY MANAGEMENT, INC.
P.O. BOX 21050
PHILADELPHIA PA 19114-0589

Pay Online: Easy & Secure www.acewebpay.com [transaction fees apply].

* Detach and Return Top Portion to Expedite Your Account *

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Date of letter: | February 21, 2012 | Creditor: | GE CAPITAL RETAIL BANK |
| Account #: | ********969989 | | |
| Monarch File #: | 23405897 | Additional Information: | SAMS CLUB |
| Total Balance as of 21 FEB 2012: $1125.29 | | | GE CAPITAL RETAIL BANK |

We are sending you this letter in an attempt to clear this long overdue account. Our client may accept less than the current balance as settlement for this account.

**** SETTLEMENT AMOUNT $731.44     YOU SAVE $393.85 ****

Upon receipt and clearance of these funds, your account will be marked in our system as settled; you will be relieved of any further responsibility pertaining to this account.

Whenever $600.00 or more of a debt is forgiven as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt forgiven to the IRS on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. If you pay us by check or check by phone, your transaction will be converted to an ACH. Additionally, the check writer authorizes Monarch or its agent to re-present the check electronically if the check is returned for insufficient or uncollected funds.

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there will not be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to our Compliance Center at 10989 Decatur Road, Philadelphia, PA 19154, email us at compliance@monarchrm.com, or call us toll-free at 1-800-220-0505 ext. 2281, between 9:00 A.M. Eastern Time and 5:00 P.M. Eastern Time Monday-Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave. NW, Washington, DC 20580.

Yours truly,
**SAM MALLORY, DEBT COLLECTOR EXT 2413**
TOLL FREE DIRECT LINE: 888-213-6889 or 800-220-0505

Exhibit D

```
MONARCH RECOVERY MANAGEMENT, INC.    12:30:41 29 JUN 2012
```

| | | | ASSIGNED AMOUNTS | |
|---|---|---|---|---|
| | | --OWING-- | -RECEIVED- | |
| CLIENT#    1882 GE CAPITAL RETAIL BANK | | --OWING-- | -RECEIVED- | |
| ACCOUNT#   23406897 | AGN/AMT    1,125.29    0.00 | PRINCIPAL    1,125.29    0.00 | |
| NAME       HARRISON, CARRIE | INT         0.00    0.00 | ASGN INT    0.00    0.00 | |
| NAME2      HARRISON, MICHAEL | CANCELLED   1,125.29 | COMM FEES    0.00    0.00 | |
| ADDRESS    4547 GRASSEY CAY LN | ATTORNEY    0.00    0.00 | AMISC1    0.00    0.00 | |
| ADDRESS2 | COURT       0.00    0.00 | AMISC2    0.00    0.00 | |
| CITY       JACKSONVILLE | MISC        0.00    0.00 | AMISC3    0.00    0.00 | |
| ST/ZIP     FL 32224-1818 | TOTAL***    0.00    0.00 | AMISC4    0.00    0.00 | |
| PHONE      NO CALLS | | AMISC5    0.00    0.00 | |
| NOTE LNS   227 | NET W/JMT**    0.00 | AMISC6    0.00    0.00 | |
| DESK/UNIT  703 | STATUS: CSD  COMM: JJ | AMISC7    0.00    0.00 | |
| DOB        01-17-68 | -- DATE -- | AMISC8    0.00    0.00 | |
| SSN        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 | ASSIGNED 12-21-11 | AMISC9    0.00    0.00 | |
| DRL        NO CALLS | LAST CHG | | |
| CLIENT REF# 7714100038859989 | LAST PAY 09-30-11 | MISCELLANEOUS AMOUNTS | |
| FWD-CLIENT SAM'S CLUB | LAST ACT 06-29-12 | --OWING--   -RECEIVED- | |
| INT RATE(D) 0 | CL LC/LP 09-30-11 | MISC     0.00    0.00 | |
| PACKET# | INTR EFF 12-21-11 | OVERPMT    0.00    0.00 | |
| --- SPECIAL FIELDS --- | | MISC1    0.00    0.00 | |
| SPC FLD1 | PURGE DATE | MISC2    0.00    0.00 | |
| SPC FLD2   GE CAPITAL RETAIL BANK | PURGE FLAG | MISC3    0.00    0.00 | |
| EMP PH     AMWG | CREDIT RPT  800-503-3852 | MISC4    0.00    0.00 | |
| | | MISC5    0.00    0.00 | |
| | | MISC6    0.00    0.00 | |
| | | MISC7    0.00    0.00 | |

```
--- NOTES ---
  (001) 5
  (002) 10:35 12-21-11 SUIT REASON:
  (003)               JDG RECORDED:
  (004)               JDG BOOK:
  (005)               JDG PAGE: GECF
* (006) 10:39 12-21-11 BEG STRAT XT-DAY
* (007) 10:39 12-21-11 REQ SERIES XT-DAY (XT)
* (008) 10:39 12-21-11 END STRAT XT-DAY
* (009) 11:31 12-21-11 REQ TLO REPORT |ANM
  (010) 14:26 12-21-11 OPH#: 904 |ANM
* (011) 14:30 12-21-11 REC TLO REPORT |XX
* (012) 14:30 12-21-11 TLO GVS NEW# IN TP LN |XX
* (013) 08:21 12-22-11 BANKO PROCESSED |XX
* (014) 11:48 12-22-11 SNT NTC 1
* (015) 01:15 12-23-11 DST-SIT Tone (12-22-11/08:06/OPH |XX
  (016)               (CONT) |DLR)
* (017) 01:12 12-28-11 DST-SIT Tone (12-27-11/18:52/OPH |XX
  (018)               (CONT) |DLR)
* (019) 16:04 12-28-11 AUDIT REVIEW: UPDATE ALL CONTACT |EVL
  (020)               (CONT) INFO WHEN YOU GET IN
  (021)               (CONT) CONTACT WITH CARD MEMBER
* (022) 01:11 12-29-11 DST-SIT Tone (12-28-11/08:36/OPH |XX
  (023)               (CONT) |DLR)
  (024) 03:39 12-29-11 OPH#: 904-992-0382
* (025) 10:25 01-05-12 REQ TU LOCATE REPORT |BRH
* (026) 14:42 01-06-12 REC TU LOCATE REPORT |XX
* (027) 14:44 01-06-12 TULOC GVS NEW# IN TP LN |XX
* (028) 01:11 01-08-12 M3M-M3 Left Msg on Ans Mach |XX
  (029)               (CONT) (01-07-12/08:33/OPH |DLR)
* (030) 01:10 01-10-12 M3M-M3 Left Msg on Ans Mach |XX
```

```
--- NOTES --- FOR ACCOUNT 23406897 (CONTINUED)

  (031)                    (CONT) (01-09-12/17:21/OPH  IDLR)
* (032) 01:10 01-10-12 DAM-Answering Machine  |XX
  (033)                    (CONT) (01-09-12/10:52/OPH  IDLR)
* (034) 01:12 01-11-12 DAM-Answering Machine  |XX
  (035)                    (CONT) (01-10-12/10:56/OPH  IDLR)
* (036) 01:09 01-12-12 M3M-M3 Left Msg on Ans Mach  |XX
  (037)                    (CONT) (01-11-12/18:31/OPH  IDLR)
* (038) 01:09 01-12-12 DAM-Answering Machine  |XX
  (039)                    (CONT) (01-11-12/08:40/OPH  IDLR)
* (040) 01:11 01-14-12 DAM-Answering Machine  |XX
  (041)                    (CONT) (01-13-12/09:59/OPH  IDLR)
* (042) 01:10 01-15-12 M3M-M3 Left Msg on Ans Mach  |XX
  (043)                    (CONT) (01-14-12/08:35/OPH  IDLR)
* (044) 01:07 01-17-12 M3M-M3 Left Msg on Ans Mach  |XX
  (045)                    (CONT) (01-16-12/17:52/OPH  IDLR)
* (046) 01:07 01-17-12 DAM-Answering Machine  |XX
  (047)                    (CONT) (01-16-12/08:14/OPH  IDLR)
* (048) 01:09 01-19-12 M3M-M3 Left Msg on Ans Mach  |XX
  (049)                    (CONT) (01-18-12/18:00/OPH  IDLR)
* (050) 01:09 01-19-12 NAM-Ans Mach No Msg Left  |XX
  (051)                    (CONT) (01-18-12/08:11/OPH  !d587)
* (052) 01:11 01-21-12 M3M-M3 Left Msg on Ans Mach  |XX
  (053)                    (CONT) (01-20-12/16:16/OPH  !DLR)
* (054) 01:11 01-21-12 DAM-Answering Machine  |XX
  (055)                    (CONT) (01-20-12/08:20/OPH  IDLR)
* (056) 01:11 01-25-12 M3M-M3 Left Msg on Ans Mach  |XX
  (057)                    (CONT) (01-24-12/18:34/OPH  IDLR)
* (058) 01:11 01-25-12 DAM-Answering Machine  |XX
  (059)                    (CONT) (01-24-12/08:57/OPH  IDLR)
* (060) 01:13 01-27-12 NON-No Disposition  |XX
  (061)                    (CONT) (01-26-12/19:30/OPH  IDLR)
* (062) 01:13 01-27-12 DAM-Answering Machine  |XX
  (063)                    (CONT) (01-26-12/08:29/OPH  IDLR)
* (064) 01:18 01-28-12 M3M-M3 Left Msg on Ans Mach  |XX
  (065)                    (CONT) (01-27-12/15:53/OPH  IDLR)
* (066) 01:18 01-28-12 DAM-Answering Machine  |XX
  (067)                    (CONT) (01-27-12/09:09/OPH  IDLR)
* (068) 01:09 01-29-12 M3M-M3 Left Msg on Ans Mach  |XX
  (069)                    (CONT) (01-28-12/08:44/OPH  IDLR)
* (070) 01:17 02-01-12 M3M-M3 Left Msg on Ans Mach  |XX
  (071)                    (CONT) (01-31-12/17:39/OPH  IDLR)
* (072) 01:17 02-01-12 DAM-Answering Machine  |XX
  (073)                    (CONT) (01-31-12/08:33/OPH  IDLR)
* (074) 01:17 02-02-12 M3M-M3 Left Msg on Ans Mach  |XX
  (075)                    (CONT) (02-01-12/19:35/OPH  IDLR)
* (076) 01:17 02-02-12 DAM-Answering Machine  |XX
  (077)                    (CONT) (02-01-12/08:39/OPH  IDLR)
* (078) 01:16 02-03-12 M3M-M3 Left Msg on Ans Mach  |XX
  (079)                    (CONT) (02-02-12/19:44/OPH  IDLR)
* (080) 01:16 02-03-12 DNA-No Answer (02-02-12/17:44/OPH  |XX
  (081)                    (CONT) !DLR)
* (082) 01:16 02-03-12 DAM-Answering Machine  |XX
  (083)                    (CONT) (02-02-12/09:43/OPH  IDLR)
* (084) 01:16 02-04-12 DAM-Answering Machine  |XX
  (085)                    (CONT) (02-03-12/10:17/OPH  IDLR)
* (086) 01:08 02-05-12 M3M-M3 Left Msg on Ans Mach  |XX
```

```
--- NOTES --- FOR ACCOUNT 23406897 (CONTINUED)

  (087)              (CONT) (02-04-12/09:39/OPH IDLR)
* (088) 01:13 02-07-12 M3M-M3 Left Msg on Ans Mach |XX
  (089)              (CONT) (02-06-12/19:46/OPH IDLR)
* (090) 01:13 02-07-12 DAM-Answering Machine |XX
  (091)              (CONT) (02-06-12/08:39/OPH IDLR)
* (092) 01:12 02-09-12 M3M-M3 Left Msg on Ans Mach |XX
  (093)              (CONT) (02-08-12/20:28/OPH IDLR)
* (094) 01:12 02-09-12 DAM-Answering Machine |XX
  (095)              (CONT) (02-08-12/10:25/OPH IDLR)
* (096) 01:18 02-10-12 M3M-M3 Left Msg on Ans Mach |XX
  (097)              (CONT) (02-09-12/12:51/OPH IDLR)
* (098) 01:14 02-11-12 M3M-M3 Left Msg on Ans Mach |XX
  (099)              (CONT) (02-10-12/17:22/OPH IDLR)
* (100) 01:14 02-11-12 DAM-Answering Machine |XX
  (101)              (CONT) (02-10-12/08:05/OPH IDLR)
* (102) 01:11 02-12-12 M3M-M3 Left Msg on Ans Mach |XX
  (103)              (CONT) (02-11-12/09:50/OPH IDLR)
* (104) 01:17 02-14-12 DAM-Answering Machine |XX
  (105)              (CONT) (02-13-12/08:38/OPH IDLR)
* (106) 20:34 02-14-12 AUDIT REVIEW: UPDATE ALL CONTACT |MHF
  (107)              (CONT) INFO WHEN YOU GET IN
  (108)              (CONT) CONTACT WITH CARD MEMBER
* (109) 01:08 02-15-12 DAM-Answering Machine |XX
  (110)              (CONT) (02-14-12/16:29/OPH IDLR)
* (111) 01:19 02-16-12 M3M-M3 Left Msg on Ans Mach |XX
  (112)              (CONT) (02-15-12/18:21/OPH IDLR)
* (113) 01:11 02-18-12 DAM-Answering Machine |XX
  (114)              (CONT) (02-17-12/10:15/OPH IDLR)
* (115) 01:16 02-19-12 M3M-M3 Left Msg on Ans Mach |XX
  (116)              (CONT) (02-18-12/08:17/OPH IDLR)
* (117) 01:07 02-20-12 M3M-M3 Left Msg on Ans Mach |XX
  (118)              (CONT) (02-19-12/09:41/OPH IDLR)
* (119) 13:45 02-20-12 REQ TLO ADDR REPORT |BRH
* (120) 14:30 02-20-12 REQ TLO ADDR REPORT |BRH
* (121) 15:18 02-20-12 REC TLO ADDR REPORT |XX
* (122) 15:29 02-20-12 REQ LTR# S65 |BRH
* (123) 14:45 02-21-12 SNT LTR S65
* (124) 01:25 02-22-12 DAM-Answering Machine |XX
  (125)              (CONT) (02-21-12/08:22/OPH IDLR)
* (126) 01:20 02-23-12 M3M-M3 Left Msg on Ans Mach |XX
  (127)              (CONT) (02-22-12/19:20/OPH IDLR)
* (128) 01:20 02-23-12 DAM-Answering Machine |XX
  (129)              (CONT) (02-22-12/08:31/OPH IDLR)
* (130) 01:19 02-24-12 M3M-M3 Left Msg on Ans Mach |XX
  (131)              (CONT) (02-23-12/20:01/OPH IDLR)
* (132) 01:19 02-24-12 DAM-Answering Machine |XX
  (133)              (CONT) (02-23-12/09:52/OPH IDLR)
* (134) 01:24 02-25-12 M3M-M3 Left Msg on Ans Mach |XX
  (135)              (CONT) (02-24-12/17:34/OPH IDLR)
* (136) 01:24 02-25-12 DAM-Answering Machine |XX
  (137)              (CONT) (02-24-12/10:44/OPH IDLR)
* (138) 01:24 02-26-12 M3M-M3 Left Msg on Ans Mach |XX
  (139)              (CONT) (02-25-12/08:55/OPH IDLR)
* (140) 01:23 02-28-12 NON-No Disposition |XX
  (141)              (CONT) (02-27-12/20:35/OPH IDLR)
* (142) 01:23 02-28-12 DAM-Answering Machine |XX
```

--- NOTES --- FOR ACCOUNT 23406897 (CONTINUED)

```
  (143)              (CONT) (02-27-12/10:56/OPH !DLR)
* (144) 01:21 03-01-12 M3M-M3 Left Msg on Ans Mach |XX
  (145)              (CONT) (02-29-12/20:34/OPH !DLR)
* (146) 01:21 03-01-12 DAM-Answering Machine |XX
  (147)              (CONT) (02-29-12/10:28/OPH !DLR)
* (148) 01:12 03-02-12 DAM-Answering Machine |XX
  (149)              (CONT) (03-01-12/08:25/OPH !DLR)
* (150) 01:09 03-03-12 M3M-M3 Left Msg on Ans Mach |XX
  (151)              (CONT) (03-02-12/08:47/OPH !DLR)
* (152) 01:13 03-06-12 M3M-M3 Left Msg on Ans Mach |XX
  (153)              (CONT) (03-05-12/19:45/OPH !DLR)
* (154) 01:13 03-06-12 DAM-Answering Machine |XX
  (155)              (CONT) (03-05-12/09:39/OPH !DLR)
* (156) 01:12 03-07-12 M3M-M3 Left Msg on Ans Mach |XX
  (157)              (CONT) (03-06-12/18:54/OPH !DLR)
* (158) 01:12 03-07-12 DAM-Answering Machine |XX
  (159)              (CONT) (03-06-12/09:53/OPH !DLR)
* (160) 01:08 03-08-12 M3M-M3 Left Msg on Ans Mach |XX
  (161)              (CONT) (03-07-12/16:55/OPH !DLR)
* (162) 01:08 03-08-12 DAM-Answering Machine |XX
  (163)              (CONT) (03-07-12/08:41/OPH !DLR)
* (164) 01:13 03-09-12 DAM-Answering Machine |XX
  (165)              (CONT) (03-08-12/19:49/OPH !DLR)
* (166) 01:08 03-10-12 DAM-Answering Machine |XX
  (167)              (CONT) (03-09-12/08:59/OPH !DLR)
* (168) 01:14 03-13-12 NON-No Disposition |XX
  (169)              (CONT) (03-12-12/18:03/OPH !DLR)
* (170) 01:14 03-13-12 DAM-Answering Machine |XX
  (171)              (CONT) (03-12-12/09:35/OPH !DLR)
* (172) 01:08 03-14-12 DAM-Answering Machine |XX
  (173)              (CONT) (03-13-12/20:10/OPH !DLR)
* (174) 01:15 03-15-12 DST-SIT Tone (03-14-12/10:38/OPH |XX
  (175)              (CONT) !DLR)
* (176) 01:10 03-17-12 DAC-Abort-Customer Hung Up On Hold |XX
  (177)              (CONT) (03-16-12/08:16/OPH !DLR)
* (178) 01:08 03-18-12 DAM-Answering Machine |XX
  (179)              (CONT) (03-17-12/08:51/OPH !DLR)
* (180) 01:09 03-20-12 NON-No Disposition |XX
  (181)              (CONT) (03-19-12/19:33/OPH !DLR)
* (182) 01:09 03-20-12 DAM-Answering Machine |XX
  (183)              (CONT) (03-19-12/09:53/OPH !DLR)
* (184) 01:14 03-21-12 M3M-M3 Left Msg on Ans Mach |XX
  (185)              (CONT) (03-20-12/18:47/OPH !DLR)
* (186) 01:14 03-21-12 NVD-No Voice Detect |XX
  (187)              (CONT) (03-20-12/08:42/OPH !DLR)
* (188) 01:13 03-22-12 DAM-Answering Machine |XX
  (189)              (CONT) (03-21-12/10:56/OPH !DLR)
* (190) 01:12 03-23-12 DAM-Answering Machine |XX
  (191)              (CONT) (03-22-12/10:30/OPH !DLR)
* (192) 01:11 03-24-12 DAM-Answering Machine |XX
  (193)              (CONT) (03-23-12/18:51/OPH !DLR)
* (194) 01:11 03-24-12 DAM-Answering Machine |XX
  (195)              (CONT) (03-23-12/09:29/OPH !DLR)
* (196) 10:57 03-26-12 ODSK:44 |ANM
* (197) 01:13 03-27-12 NON-No Disposition |XX
  (198)              (CONT) (03-26-12/18:36/OPH !DLR)
```

--- NOTES --- FOR ACCOUNT 23406897 (CONTINUED)

* (199) 01:13 03-27-12 DND-No Dial Tone (03-26-12/18:31/OPH |XX
  (200)              (CONT) IDLR)
* (201) 01:13 03-27-12 DAM-Answering Machine |XX
  (202)              (CONT) (03-26-12/08:54/OPH IDLR)
* (203) 02:29 03-28-12 DAM-Answering Machine |XX
  (204)              (CONT) (03-27-12/20:27/OPH IDLR)
* (205) 02:32 03-30-12 DAM-Answering Machine |XX
  (206)              (CONT) (03-29-12/14:05/OPH IDLR)
* (207) 02:28 03-31-12 DAM-Answering Machine |XX
  (208)              (CONT) (03-30-12/14:04/OPH IDLR)
* (209) 02:29 04-04-12 DAM-Answering Machine |XX
  (210)              (CONT) (04-03-12/10:50/OPH IDLR)
* (211) 02:28 04-11-12 DAM-Answering Machine |XX
  (212)              (CONT) (04-10-12/20:26/OPH IDLR)
* (213) 03:03 04-18-12 DAM-Answering Machine |XX
  (214)              (CONT) (04-17-12/19:16/OPH IDLR)
* (215) 02:32 04-25-12 DAM-Answering Machine |XX
  (216)              (CONT) (04-24-12/09:36/OPH IDLR)
* (217) 09:34 04-26-12 CLOSE PER CLI MNT 04-26-12 |JFG
* (218) 09:34 04-26-12 OSTS:ACT |JFG
* (219) 09:34 04-26-12 CANCELLED-CCR 1125.29
* (220) 10:56 04-30-12 CLNT REQ RECALL 04-30-12 |JFG
  (221) 12:22 06-29-12 VERIFD RECPT OF FED EX WB/CYC
  (222)              798567488468 RECD LAWSUIT DIST OF
  (223)              DUVAL COUNTY, FLORIDA RMVD FR
  (224)              DIALER, DID XDNC
  (225) 12:28 06-29-12 DTR WANTS NO CALLS
  (226) 12:28 06-29-12 OPH#: 904-868-3071 |CYC
* (227) 12:29 06-29-12 OSTS:CCR |CYC

--- FINANCIAL INFORMATION --- FOR ACCOUNT 23406897

(   4) EMP PHN   NO CALLS
(  28) RECON NAME   HARRISON
(  37) MISC INF   A
(  48) PRODUCT   SAM041
(  51) $ LAST PAY   30.00
(  53) HIGH BAL   3200
(  57) DATE OPEN   03-27-05
(  58) AMOUNT   0.00
(  59) INT RATE   2797
(  62) CHRGOFF DT   05-20-10
(  63) CHRG OFF $   1180.24
(  70) LOAN TYPE   CHAC
( 108) MISC   A
( 109) MISC   A1
( 110) MISC   01
( 117) PRCHSE DT   05-22-10
( 118) INT RT NOT   0.2797
( 121) PRINCIPAL   700.24
( 123) INTEREST   425.05
( 124) COSTS   0.00
( 136) STLMT AMT   731.44
( 137) AMT SVD   393.85
( 144) STAT CODE   A26
( 154) PREV COLL   HARRISON, CARRIE

--- FINANCIAL INFORMATION --- FOR ACCOUNT 23406897 (CONTINUED)

```
( 187) ALT ADDR    ,
( 194) ALT PHONE1   NO CALLS
( 195) ALT PHONE2   NO CALLS
( 196) ALT PHONE   NO CALLS
( 274) COUNTY    NO COURT/NAME
( 275) FILING DT   12-31-67
( 332) MISC   000
( 333) TYPE CODE   0181
( 335) SCORE   100
( 344) ATTY NAME   RYAN G MOORE
( 345) ATTY NAME   WENDELL FINNER
( 346) ADDRESS 1   340 THIRD AVENUE
( 347) ADDRESS 2   SUITE A
( 348) C-S-Z   JACKSONVILL BCH FL 32250
( 349) ATTY PH #   904-242-7070
( 437) TO CLIENT   04-27-12
( 438) CCR'D   04-30-12
( 440) DATA   20111221
( 445) INHSEDNC   904-868-3071
( 465) TRIGGER DT   01-06-12
( 574) STS SNT   A25
```

IN THE FOURTH JUDICIAL CIRCUIT COURT, IN AND FOR
DUVAL COUNTY, FLORIDA CIVIL DIVISION

CARRIE HARRISON,

      Plaintiff,

v.

                               CASE NO: 2012-CA-006309
                               DIVISION: CV-F

GE CAPITAL RETAIL BANK;
and MONARCH RECOVERY
MANAGEMENT, INC.,

      Defendants.

_____/

### NOTICE OF APPEARANCE

W. Todd Boyd and Joseph G. Riopelle of the law offices of Boyd Richards Parker &
Colonnelli, P.L., hereby give notice of their appearance as counsel on behalf of Defendant
Monarch Recovery Management, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by Email this
12th day of July, 2012 to: **Wendell Finner** wendell@1ccl.com.

                Respectfully submitted,

                **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
                *Counsel for Defendant Monarch Recovery*
                400 N. Ashley Drive, Suite 1150
                Tampa, FL 33602
                Tel: 813-223-6021; Fax: 813-223-6024

                                            #67268
                                            for:

By: _____
          **W. Todd Boyd** - Florida Bar No. 770558
          tboyd@boydlawgroup.com
          **Joseph G. Riopelle** - Florida Bar No. 44842
          jriopelle@boydlawgroup.com

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH |
|---|---|---|---|
| 100 S.E. Second Street<br>36th Floor \| Florida 33131<br>Phone: 786-425-1045 \| Fax: 786-425-3905 | 1600 W. Commercial Blvd. \| Suite 201<br>P.O. Box 14546 \| Ft. Lauderdale \| Florida 33302<br>Phone: 954-848-2460 \| Fax: 954-848-2470 | 400 N. Ashley Drive<br>Suite 1150 \| Tampa \| Florida 33602<br>Phone: 813-223-6021 \| Fax: 813-223-6024 | 824 U.S. Highway One<br>Suite 305 \| North Palm Beach \| Florida 33408<br>Phone: 561-624-8233 \| Fax: 561-624-8940 |

www.boydlawgroup.com