UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARRIE HARRISON,

    Plaintiff,

v.                                              Case No.: 3:12-cv-00840-J-25JRK

GE CAPITAL RETAIL BANK; and
MONARCH RECOVERY
MANAGEMENT, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, CARRIE HARRISON, by and through her undersigned attorney, and pursuant to Local Rule 3.08, United States District Court, Middle District of Florida, hereby gives notice to the clerk, Parties and their counsel that a settlement has been reached between Plaintiff, Carrie Harrison, and Defendant, GE Capital Retail Bank ("GE").

Dated: May 31, 2013

                                                Respectfully submitted,

                                                **WENDELL FINNER, P.A.**
                                                *Attorneys for Plaintiff*
                                                340 Third Avenue South, Suite A
                                                Jacksonville, FL 32250-6767
                                                Tel.: 904-242-7070; Fax 904-242-7054

                                                By: s/**Ryan G. Moore**_____
                                                **Wendell Finner** – Florida Bar No. 93882
                                                wendell@beacheslaw.com
                                                **Ryan G. Moore** – Florida Bar No. 70038
                                                ryan@beacheslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the above-indicated date, I served via e-mail all counsel of record or pro se parties identified below:

Michele F. Martin, Esq.
Attorney for GE Capital Retail Bank
2397 SE 30th Street
Melrose, FL 32666
mmartin@psdlaw.com

Joseph G. Riopelle, Esq.
400 N. Ashley Drive, Suite 1150
Tampa, Fl 33602
jriopelle@boydlawgroup.com