UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARRIE HARRISON**,

    Plaintiff,

v.                                                                        Case No. 3:12-cv-840-J-25JRK

**GE CAPITAL RETAIL BANK**; and
**MONARCH RECOVERY MANAGEMENT, INC.**,

    Defendants.

## O R D E R

Pursuant to the Notice of Settlement (Dkt. 18), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED** and **ADJUDGED**:

1. That this case is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days hereof to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen this case for further proceedings.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of June, 2013.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record